FILED

**NOT FOR PUBLICATION**

SEP 22 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE DE JESUS ALCANTAR-NAVARRO, a.k.a. Jose Navarro, a.k.a. Jaime Pimental, a.k.a. Jose Alcantar Navarro, | No. 09-71934 |
| | Agency No. A037-442-639 |
| Petitioner, | |
| v. | MEMORANDUM* |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 13, 2010**

Before:    SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Jose de Jesus Alcantar-Navarro, a native and citizen of Mexico, petitions pro

se for review of the Board of Immigration Appeals' ("BIA") order dismissing his

appeal from an immigration judge's ("IJ") decision denying his application for

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We deny in part and dismiss the petition for review.

Alcantar-Navarro has not challenged the BIA's determination that he is removable under 8 U.S.C. § 1227(a)(2)(B)(i) (conviction for violation of law related to a controlled substance) and (a)(2)(C) (certain firearms offenses). We need not consider Alcantar-Navarro's contention that his convictions are not aggravated felonies, because the BIA stated that the crimes were not aggravated felonies.

We lack jurisdiction to review the BIA's discretionary decision denying cancellation of removal. *See Martinez-Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir. 2005).

Alcantar-Navarro's remaining contentions are unpersuasive.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part**.